**Fill in this information to identify the case:**

Debtor name: **Newstream Hotel Partners-LIT, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known): 21-40561

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/16/21

X _____
Signature of individual signing on behalf of debtor

**Timothy Nystrom**
Printed name

**See Exhibit "A"**
Position or relationship to debtor

# EXHIBIT "A"

MANAGING MEMBER:

Newstream Hotel Equity Partners – LIT, LLC
A Texas limited liability company

By:   Newstream Hotels & Hospitality, LLC
      A Texas limited liability company
      Its manager

By: _____
    Timothy Nystrom, Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Newstream Hotel Partners-LIT, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known): | 21-40561 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Centerpoint Energy Services Inc.<br>P.O. Box 4583<br>Houston, TX 77210 | | | | | | $2,635.00 |
| Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101 | | | | | | $1,387.17 |
| Cutler Property Preservation & Landscape<br>P.O. Box 845<br>Greenbrier, AR 72058 | cutlerlawncare@yahoo.com | | | | | $957.50 |
| Diamond State Heat and Air<br>7706 Forest Road<br>North Little Rock, AR 72118 | Angie<br>angie@diamondstatehvac.com | | | | | $8,208.41 |
| Ecolab, Inc.<br>PO Box 100512<br>Pasadena, CA 91189 | Doug Wilson<br>doug.wilson@ecolab.com | | | | | $2,969.68 |
| Elite Protection Group<br>P.O. Box 614<br>North Little Rock, AR 72115 | bcope@epgark.com | | | | | $1,014.79 |
| GE Appliances A Haier Company<br>P.O. Box 100393<br>Atlanta, GA 30384 | | | | | | $9,000.14 |
| Glazers<br>11101 Smitty Lane<br>North Little Rock, AR 72117 | | | | | | $1,060.93 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Newstream Hotel Partners-LIT, LLC**　　　　Case number *(if known)* 21-40561
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HD Supply Facility Maintenance** P.O. Box 509058 San Diego, CA 92150 | | | | | | $3,697.66 |
| **Hire Quest Direct** 3115 John F. Kennedy Blvd. Building 1 North Little Rock, AR 72116 | (501) 379-8326 | | | | | $2,395.38 |
| **Kharma Consulting Inc.** 5521 JFK Blvd. North Little Rock, AR 72116 | billing@kharmaconsulting.com | | | | | $1,619.52 |
| **Marriott International** 13682 Collections Center Drive Chicago, IL 60693 | rheisler@ehotelgroup.com | | | | | $249,442.25 |
| **Pepsi-Cola** P.O. Box 75948 Chicago, IL 60675 | | | | | | $2,705.22 |
| **Performance Food Group** P.O. Box 208592 Dallas, TX 75320 | | | | | | $9,589.03 |
| **Protravel International, LLC** 1633 Broadway 35th Floor New York, NY 10019 | | | | | | $6,992.00 |
| **U.S. Foods** P.O. Box 281834 Atlanta, GA 30384 | | | | | | $2,861.70 |
| **Utility Billing Services** P.O. Box 8100 Little Rock, AR 72203 | customerservice@carkw.com | | | | | $5,795.15 |
| **Vistar** P.O. Box 933580 Atlanta, GA 31193 | | | | | | $1,629.02 |
| **Waste Management of Little Rock Hauling** P.O. Box 55558 Boston, MA 02205 | | | | | | $938.40 |

| Debtor | Newstream Hotel Partners-LIT, LLC | | | Case number *(if known)* | 21-40561 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **World Cinema, Inc.**<br>**P.O. Box 733288**<br>**Dallas, TX**<br>**75373-3288** | | | | | | $2,989.33 |