Mark Stromberg
STROMBERG STOCK, PLLC
8350 N Central Expy, Ste 1225
Dallas, TX 75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339
E-mail:    mark@stromberstock.com

*Attorneys for UC Four Points Little Rock Holder, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INRE: § § | |
| NEWSTREAM HOTEL PARTNERS-LIT LLC § § § | CASE NO: 21-40561 Chapter 11 |
| Debtor. | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, COPIES AND PLEADINGS

COMES NOW, Mark Stromberg, of STROMBERG STOCK P.L.L.C., counsel for UC Four Points Little Rock Holder, LLC in the above-styled cause, and requesting that copies of all notices, formal and informal, and pleadings pursuant to Rules 90lO(b), 2002(a) and (b), and 30l7(a) of the Bankruptcy Rules be served at the above address.

Respectfully submitted,
STROMBERG STOCK, PLLC

By:    *Isl* Mark Stromberg
Mark Stromberg
State Bar No. 19408830

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon counsel for Debtor via his attorney and the United States Trustee via electronic service on April 19, 2021.

*Isl* Mark Stromberg
Mark Stromberg

AMENDED NOTICE OF APPEARANCE